PHILIP ILSLEY, Respondent, v. FRANK J. STOLTZ and Another, Appellants.— Order modified so far as to secure to defendants the right to pay dividends to stock-

---

* Affd., 259 N. Y. 120.

holders not to exceed twenty per cent, and as so modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.